IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUISE DIVISION

TARIUS D. GANAWAY #M08848,
    PLAINTIFF,

VS.                                    15-784-SMY

C/O ADAMSON, C/O OCHS

FILED
JUL 21 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FILED
JUL 21 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. Jurisdiction & Venue

1.) THIS IS A CIVIL ACTION AUTHORIZED by 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(a)(3). PLAINTIFFS SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C SECTION 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2.) THE SOUTHERN DISTRICT OF ILLINOIS IS AN APPROPRAITE VENUE UNDER 28 U.S.C SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFFS

3.) PLAINTIFF MR GANAWAY, TARIUS IS AND WAS AT All TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ILLINOIS IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN ILLINOIS STATE PRISON. "LAWRENCE CORRECTIONAL CENTER"

## III. DEFENDANTS

4.) DEFENDANT C/O ADAMSON IS A GALLERY OFFICER AT LAWRENCE CORRECTIONAL FACILITY AND AT ALL TIMES DURING THIS INCEDENT WAS RESPONSIBAL FOR THE SAFETY AND WELLBEING OF THE INMATES AND PERSONAL ATTACHED TO HIS WATCH, WHILE ON DUTY.

5.) DEFEDANT C/O OCHS IS A GALLERY OFFICER AT LAWRENCE CORRECTIONAL FACILITY AND AT ALL TIMES DURING THIS INCEDENT WAS RESPONSIBAL FOR THE SAFTEY AND WELLBEING OF THE INMATES AND PERSONAL ATTACHED TO HIS WATCH, WHILE ON DUTY.

6.) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OR HERS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## IIII. FACTS

7.) ON June 23RD OF 2015 AFTER BEING TAKEN TO SEGREGATION AND HAVING ALL MY PROPERTY TAKEN I WAS THROWN IN A CELL WITHOUT ANY SHEET'S OR A BLANKET UPON LAYING DOWN I WAS SHOCKED TO SEE THAT THE MATTRESS THAT WAS IN THE CELL WAS DISCOLERED AND HAD A ODOR OF URIN AS WELL AS MULTIPAL BLOOD STAIN'S ON BOTH SIDES OF THE MATTRESS UPON EXSPLAINING THIS TO SEVERAL OFFICER'S I WAS NEVER EVEN GIVEN A SHEET TO PLACE ON THE BED TO PROTECT MYSELF, AS NOTHING WAS DONE I WAS MADE TO SLEEP ON THIS URIN AND BLOOD STAINED BED/MATTRESS, I HAD ALERTED TO STAFF THAT DUE TO THIS PROBLEM I WANTED TO BE MOVED OR KILL MYSELF TO ATLEAST BE PLACED AWAY FROM THIS HEALTH HAZZERED MATTRESS IN A SUICIDAL CELL INSTEAD THEY TOOK MY JUMPSSUIT AND LEFT ME THERE ALL NIGHT IN ONLY MY BOXER'S AND THIS MATTRESS. ON THE 24TH I AWOKE WITH ITCHING AND BURNING SENSATION ON MY UPPER AND LOWER BACK. I TOLD OFFICER'S OF THIS AND AGAIN I WAS GIVE NO HELP.

CONTINUES ON PAGE (3)

pg3

8.) On the 24th around lunch time an unknown officer brought my property and signed for it. (Signiture is unreadable) As he showed me the contents of this bag I relized no sheets or blanket or jumpsuite were in there. So I refused to sign.

9.) That friday I went on suicid watch and came off on monday.

10.) Around lunch time on monday i was giving officers a hard time due to my lack of property and my back itching and burning, I was taken to out of the suicid cell by three officer's one being officer Ochs.

11.) As I was lead to my new cell being 7-A-UPPER 13 I watched officer Ochs enter the wing after departing from use, he had on gloves and was carring a mattress that was later descoverd by my self to be the same mattress i had befor i went to the suicid cell.

12.) As i continued to cus staff and complain officer Ochs's said from behind me "You've been bitchen about this bed, now your stuck with it dumass" as we continued walking the officer holding my cuff's turned around to let officer Ochs pass and put the mat in the cell.

13.) As he passed they bouth started laughing and officer Ochs said a telling remark he stated "@ might have went to far on this one is as wet as a waterbed" and continued laughing.

14.) As the door slamed shut emidittly me and my cell mate but the strong smell of urin odor as i felt the mattress it was wet in multipal spots. As they never brought me anoughter mate I was forced to sleep on the dry spots of the mattress.

15.) This mattress further more has kept my back breaking out and I have been sick on multipal occasitons. I have writen healthcare on several occasions to alert them and Have not been seen at all but my mail is also being tampered with.

16.) On 7-5-2015 I tryed to send a grievane to the counsler throw the inmate/mail, collected by officers. At around 9:30pm office Adamson came around on to collect mail as he passed my nabers cell headed to mine I was yelling.

17.) As I continued to yell officer Adamson began to tell me to be quiet as I was destrubing his round's, as I did not see this point I continued.

18.) He the began to yell and tell me how "Fucking Childish" I am and as he said that he grabed my grivene read it out loud for any one who was lisening and started lauging calling me a "retared" and stateing I was "lying"

19.) He then balled up the grievance as he smiled at me and literaly throw it over the gallery as me and my celly as well as others watched this bullying and abuse of power. As he walked off he continued to tell others to "shut the fuck up" as they talked and yelled.

20. No C/O Adamson has been throwing mail away since this date as well as withholding mail until He sees fit to give it to me. On 7-10-15 C/O Adamson hit my door and showed me a letter from my daughter postmarked 6/27/2015 He laught and walked past my cell

PG5

21.) ALMOST 20 MINUTES LATER HE RETURNED AND STATED AFTER I ASKED FOR MY MAIL "You'll get it WHEN I GIVE IT TO YOU" THAT WAS ON A FRIDAY HE GAVE ME THAT MAIL ON 7-15-15 5 DAYS LATER AND SMILED WHEN HE GAVE IT TO ME.

## LEGAL CLAIMS/ I.
### RELIEF REQUESTED

1. THE PLAINTIFFS REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-21.

2. DEFENDANT C/O: OCHS VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHTS OF THE 8TH AMENDMENTS OF THE UNITED STATES, BY BEING "DELIBERATELY INDIFFRENT" TO PLAINTIFFS PHYSICAL AND HEALTH NEEDS, BY NONE PHYSICALY FORCING PLAINTIFF TO SLEEP AS WELL AS POSSESSE A MATTRESS THAT WAS SOAK IN URIN, AND OTHER HUMAN BODY FLUIDS, WHILE HE HAD KNOWLEGE OF THE FACT.

3. DEFENDANT C/O: OCHS VIOLATED PLAINTIFFS CONSITUTIONAL RIGHTS OF THE 8TH AMENDMENTS OF THE U.S., BY DISREGARDING THE CONDITIONS OF CONFINEMENT OF THE PLAINTIFFS, C/O OCHS KNEW THE MATTRESS HE GAVE PLAINTIFF WAS WET AND SMELLED OF URIN AND THOUGHT IT WAS FUNNY, THUS MAKEING SAFE CONDITIONS FOR THE PLAINTIFF IN HIS CELL A IMPUSIBILLITY, THUS MAKEING THIS A CRUEL AND UNUSUAL PUNISHMENT, A VIOLATION OF THE PLAINTIFF'S 8TH AMENDMENT OF THE U.S CONSTITUTION.

4. DEFENDANT C/O: ADAMSON VIOLATED PLAINTIFFS 1st Amendment OF THE CONSTITUTION OF THE U.S, BECUSE HE KNOWINGLY AND WILLINGLY DISCARDED PLAINTIFFS GREIVANCE, KNOWING THAT THIS IS PLAINTIFFS ONLY WAY TO ACCESS THE COURTS, AND BY ABUSING HIS POWER C/O ADAMSON MADE THE PLAINTIFFS REMEDY'S UNAVALIBAL.

5.(A) DEFENDANT C/O: ADAMSON VIOLATED PLAINIFFS 14th AMENDMENT OF THE CONSTITUTION OF THE U.S., BECAUSE HE STOPED THE DUE PROCCESS OF THE GRIEVACE PROSESES, SEE 20 Ill. ADMIN. CODE CH. 1., 504.810.(a)(STEP 1 process) C/O ADAMSON INFRENGED ON PLAINTIFFS STATITORY RIGHT'S BY DISPOSING OF PLAINTIFFS GREIVANCE, THERE ARE STATUES THAT CRIMINALIZ THE INTERFIRENCE OF THE MAIL. 18.U.S.C. SEC. 1701-1705, 1708. DEFENDANT'S DISREGARD OF PLAINTIFF'S ONLY COPY, AS WELL AS THE FACT THAT DEFENDENT WORK'S MULTIPAL DAYS AND IS FRIEND'S

(B) WITH THE MEN AND WEMON THAT HE WORK'S WITH, AS WELL AS OTHERS IN ADAMSON'S FEILD AND AREA OF WORK ATTEMPTING THESE SAME VIOLATION'S PLAINTIFF HAS BEEN LEFT WITH NO OTHER WAY TO REACH THIS HONERABLE COURT.

## RELIEF REQUESTED

1.) A) PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT SEE THE PAIN AND DISCOMFORT IN THE PLAINTIFF'S COMPLAINT AS WELL AS SEE THAT THE INABILITY TO SEND AND RECIVE MAIL DUE TO STAFF CONDUCT HARRASMENT AND ILLINTENT, HAS RENDERED THE PLAINTIFF UNABLE TO LIVE SAFLEY AND FREE OF MAIL MISCONDUCT AND TAMPERING.

B. BECUSE OF THESE ALARMING FACTS PLAINTIFF REQUEST TO BE MOVED TO A DIFFRENT LOCATION WITH IN THE ILLINIOS DEPARTMENT OF CORRECTIONS BEFOR MORE HARM AND RETALIATION CAN ACCUR.

2.) PLAINTIFF RESPECTFUL REQUEST'S THAT THIS COURT MANDATE A EMEDIET HEALTH CARE CHECK UP ON INFECTED AREA OF PLAINTIFF'S ENTIRE BACK.

3.) PLAINTIFF RESPECTFULLY REQUEST'S THIS COURT TO DEMAND THAT PRISON OFFICAL'S ALLOW PLAINTIFF TO RECIVE A SHEET OR TWO AND A BLANKET AS PLAINTIFF HAS NOT BEEN GIVEN ONE THUS FAR 7-16-15.

4.) PLAINTIFF RESPECTFULLY REQUEST THIS HONNORABLE COURT TO GRANT PLAINTIFF'S RELIEF REQUESTED 1-3 BEFUR OR AS SOON AS MERIT REVIEW IS COMPLETED DUE TO HEALTH, SAFTEY AND FREEDOM TO RECIVE MAIL.

5.) PLAINTIFF SEEK'S COMPENSATORY DAMAGES IN THE AMOUNT $15,000.00 FOR OFFICER ADAMSON AND $15,000.00 FOR OFFICER OCHS.

6.) PLAINTIFF SEEK'S PUNITIVE DAMAGES IN THE AMOUNT OF $20,000.00 AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY.

7.) PLAINTIFF ALSO SEEK'S A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

8.) PLAINTIFF ALSO SEEK'S RECOVERY OF COSTS IN THIS SUIT, AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUTABLE

DATED: JULY 15TH, 2015

*[Signed]*

RESPECTFULY SUBMITTED
SIR. TARIUS GANAWAY
# M-08848
LAWRENCEVILLE CORRECTIONAL CENTER
10930 LAWRENCE ROAD,
SUMNER ILLINOIS 62466